UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____

KEITH WERNER

    Plaintiff,

        vs.　　　　　　　　　　　　　　　　No.: 3:15-cv-00932-CSH

KOLO, LLC; KOLO RETAIL, LLC;
PETER DUNN; PAUL PACI; ISAMU SUZUKI;
and AKIRA ITO,

　　　　　　　　　　　　　　　　　　　JUNE 13, 2016

    Defendants.

_____

## NOTICE OF VOLUNTARY DISMISSAL

    Pursuant to Rule 41(a)(1)(A)(i) of the Fed. R. Civ. P., the Plaintiff, Keith Werner, hereby voluntarily dismisses the above-captioned civil action with prejudice and without costs to any party.

　　　　　　　　　　　　　　　　　THE PLAINTIFF,
　　　　　　　　　　　　　　　　　KEITH WERNER


　　　　　　　　　　　　　　　By  /s/  Francis D. Burke- CT18688
　　　　　　　　　　　　　　　　　Francis D. Burke – CT18688
　　　　　　　　　　　　　　　　　Mangines & Burke, LLC
　　　　　　　　　　　　　　　　　41 North Main Street, Ste 204
　　　　　　　　　　　　　　　　　West Hartford, CT 06107
　　　　　　　　　　　　　　　　　Tel:  860-233-1000
　　　　　　　　　　　　　　　　　Fax:  860-233-9235
　　　　　　　　　　　　　　　　　fburke@aol.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 13, 2016 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

                                                                             __/s/  ct18688_____
                                                                             Francis D. Burke